```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          CENTRAL DIVISION
                             FRANKFORT
```

RONNIE EVAN COUBERT,              )
                                  )
    Plaintiff,                    )   Civil No. 3:15-CV-00025-JMH
                                  )
V.                                )
                                  )   **JUDGMENT**
CAROLYN V. COLVIN,                )
ACTING COMMISIONER OF             )
SOCIAL SECURITY                   )
                                  )
    Defendant.                    )

        \*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 27th day of September, 2016.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge